writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Norman E. Peterson* for petitioner. *Mr. Thomas D. Healy* for respondent.

No. 692. VICTOR A. COOK, PETITIONER, *v.* MOBILE, JACKSON & KANSAS CITY RAILROAD COMPANY. April 27, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hannis Taylor* for petitioner. *Mr. William H. McIntosh* and *Mr. Joseph C. Rich* for respondent.

No. 717. MARTIN W. STEWART ET AL., PETITIONERS, *v.* THE BOARD OF TRUSTEES OF PARK COLLEGE ET AL. April 27, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. B. C. Brown* for petitioners. *Mr. Henry L. Alden* for respondents.

No. 699. HYGIENIC CHEMICAL COMPANY ET AL., PETITIONERS, *v.* RUMFORD CHEMICAL WORKS. May 4, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Willard Parker Butler* for petitioner. *Mr. Philip Mauro* and *Mr. C. A. L. Massie* for respondent.

No. 714. GREEN COUNTY, KENTUCKY, PETITIONER, *v.* MARY AMIS QUINLAN, EXECUTRIX, ETC.; and No. 715. GREEN COUNTY, KENTUCKY, PETITIONER, *v.* JOHN THOMAS' EXECUTOR ET AL. May 4, 1908. Petitions for writs of certiorari to the United